

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-21-00171-CR
## No. 10-21-00172-CR

**TYLER JAMES KIRKPATRICK,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

### From the 19th District Court
### McLennan County, Texas
### Trial Court Nos. 2019-476-C1 & 2019-594-C1

## ABATEMENT ORDER

On July 16, 2021, retained counsel for appellant, Tyler James Kirkpatrick, filed notices of appeal in appellate cause numbers 10-21-00171-CR and 10-21-00172-CR. Thereafter, on August 17, 2021, the Clerk's Record and the Reporter's Record were both filed. Pursuant to Texas Rule of Appellate Procedure 38.6(a), appellant's briefs in these matters were due thirty days from August 17, 2021. *See* TEX. R. APP. P. 38.6(a). To date, we have not received a brief in either appellate cause number.

On October 21, 2021, this Court informed appellant's retained counsel that appellant's briefs were late.[1]  In our October 21, 2021 letter, we informed counsel that, if a brief or satisfactory response is not filed in each appellate cause number, we will abate this appeal and order the trial court to immediately conduct a hearing pursuant to Texas Rule of Appellate Procedure 38.8(b)(2) and 38.8(b)(3).  *See id.* at R. 38.8(b)(2)-(3).  We have not received a response to our October 21, 2021 notice.

Because a brief or satisfactory response has not been filed in either appellate cause number within fourteen days of our October 21, 2021 notice, we abate and remand these appeals to the trial court to conduct any necessary hearings within twenty-days of the date of this order, in accordance with Texas Rule of Appellate Procedure 38.8(b)(2) and (3).  *See id.* at R. 38.8(b)(2)-(3).

The Supplemental Clerk's and Reporter's Records required by rule, if any, are ordered to be filed within thirty-five days of the date of this Order.  *See id.* at R. 38.8(b)(2)-(3).

PER CURIAM

---

[1] The record also reflects that appellant has not filed a docketing statement in either appeal.  On August 10 and 11, 2021, we informed appellant's retained counsel of the failure to timely file a docketing statement in both appeals.  We have not received a response to our August 10 and 11, 2021 notices.

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeals abated
Order issued and filed November 18, 2021
Do not publish
[CRPM]
[RWR]

